UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN DIEGO MUNOZ GIRALDO, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE, et al., <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:25-cv-13382-IT <br> * <br> * <br> * <br> * <br> * |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 7] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering Petitioner's release from custody, and Respondents' Status Report [Doc. No. 8] indicating Petitioner was released on November 19, 2025, this action is CLOSED.

IT IS SO ORDERED.

February 19, 2026                                /s/ Indira Talwani
                                                 United States District Judge